1

2

3

4

5 **UNITED STATES DISTRICT COURT**

6 **DISTRICT OF NEVADA**

7 LONNIE LEE BANARK,                           )
                                             )
8            Plaintiff,                       )
                                             )
9     v.                                      )        2:16-cv-02555-JCM-GWF
                                             )
10 JAMES DZURENDA et al.,                     )        **ORDER**
                                             )
11           Defendants.                      )
                                             )
12 _____ )

13 **I.     DISCUSSION**

14       Plaintiff, who is a prisoner in the custody of the Nevada Department of Corrections

15 ("NDOC"), has filed multiple motions to correct his complaint and multiple motions for a

16 screening order/status check.  (ECF No. 4, 5, 6, 8, 9, 11, 12, 13).  The Court denies the

17 motions for screening order/status checks.  (ECF No. 8, 9, 11, 12).  Plaintiff's complaint is in

18 line for screening.  The Court will issue a screening order in due course.

19       With respect to Plaintiff's corrections, the Court will not piecemeal Plaintiff's complaint

20 together.  Plaintiff's operative complaint must contain all claims, defendants, and factual

21 allegations that Plaintiff wishes to pursue in this lawsuit.  As such, the Court denies the

22 motions to correct errors in the complaint (ECF No. 4, 5, 6, 13) and grants Plaintiff leave to file

23 a fully complete first amended complaint.

24       If Plaintiff chooses to file a first amended complaint he is advised that a first amended

25 complaint supersedes (replaces) the original complaint and, thus, the first amended complaint

26 must be complete in itself.  *See Hal Roach Studios, Inc. v. Richard Feiner & Co., Inc.*, 896

27 F.2d 1542, 1546 (9th Cir. 1989) (holding that "[t]he fact that a party was named in the original

28 complaint is irrelevant; an amended pleading supersedes the original"); *see also Lacey v.*

*Maricopa Cnty.*, 693 F.3d 896, 928 (9th Cir. 2012) (holding that for claims dismissed with

prejudice, a plaintiff is not required to reallege such claims in a subsequent amended complaint to preserve them for appeal).  Plaintiff's first amended complaint must contain all claims, defendants, and factual allegations that Plaintiff wishes to pursue in this lawsuit. Moreover, Plaintiff must file the first amended complaint on this Court's approved prisoner civil rights form and it must be entitled "First Amended Complaint."

## II.    CONCLUSION

For the foregoing reasons, IT IS ORDERED that the motions for screening order/status checks (ECF No. 8, 9, 11, 12) are denied.

IT IS FURTHER ORDERED that the motions to correct complaint (ECF No. 4, 5, 6, 13) are denied.

IT IS FURTHER ORDERED that, if Plaintiff chooses to file a first amended complaint, Plaintiff shall file the first amended complaint within 30 days from the date of entry of this order.

IT IS FURTHER ORDERED that the Clerk of the Court shall send to Plaintiff the approved form for filing a § 1983 complaint, instructions for the same, and a copy of his complaint and motions to correct complaint (ECF No. 1-1, 4, 5, 6, 13).  If Plaintiff chooses to file a first amended complaint, he must use the approved form and he shall write the words "First Amended" above the words "Civil Rights Complaint" in the caption.

IT IS FURTHER ORDERED that, if Plaintiff does not timely file a first amended complaint, the Court will screen the original complaint (ECF No. 1-1) only and strike all other corrections (ECF No. 4, 5, 6, 13) from the docket.


DATED: This _20th_ day of July, 2017.


_____
United States Magistrate Judge