UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LONNIE BANARK,<br><br>　　　　　　　Plaintiff,<br>v.<br>JAMES DZURENDA, et al.,<br><br>　　　　　　　Defendants. | Case No. 2:16-cv-02555-JCM-GWF<br><br>**ORDER** |

This matter is before the Court on Plaintiff's Motion for an Enlargement of Time (ECF No. 45), filed April 9, 2018. Upon review and consideration, and with good cause appearing therefor,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for an Enlargement of Time (ECF No. 45) is **granted**. Plaintiff shall file his amended complaint no later than May 3, 2018.

Dated this 17th day of April, 2018.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE