UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LONNIE BANARK,<br><br>        Plaintiff,<br>v.<br>JAMES DZURENDA, et al.,<br><br>        Defendants. | Case No. 2:16-cv-02555-JCM-GWF<br><br>**ORDER** |

This matter is before the Court on Plaintiff's Motion for an Enlargement of Time (ECF No. 51), filed May 1, 2018.

Upon review and consideration, and with good cause appearing therefor, the Court will grant Plaintiff's request for an extension of time to file his amended complaint. Plaintiff is advised that no further extensions will be granted by the Court. Plaintiff is further advised to comply with the Court's Order issued on April 17, 2018. ECF No. 46. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for an Enlargement of Time (ECF No. 51) is **granted**. Plaintiff shall file his amended complaint no later than June 14, 2018.

Dated this 4th day of May, 2018.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE

1